1  Gregory J. Sater (California Bar No. 157486)
   gsater@rutterhobbs.com
2  Nancy C. Morgan (California Bar No. 205430)
   nmorgan@rutterhobbs.com
3  RUTTER HOBBS & DAVIDOFF INCORPORATED
   1901 Avenue of the Stars, Suite 1700
4  Los Angeles, California 90067
   Telephone: (310) 286-1700
5  Facsimile: (310) 286-1728

6  Attorneys for Plaintiff
   MURAD, INC.
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10  MURAD, INC., a California          Case No. CV10 3802 RGK (Ex)
    corporation,
11                                     COMPLAINT FOR TRADEMARK
                  Plaintiff,           INFRINGEMENT, FALSE
12                                     DESIGNATION OF ORIGIN, AND
    v.                                 UNFAIR COMPETITION
13
    STRAWBERRY LIMITED.;              (1)  TRADEMARK INFRINGEMENT
14  STRAWBERRY COSMETICS (USA)             (15 U.S.C. § 1114);
    LIMITED; STRAWBERRY COSMETICS     (2)  FALSE DESIGNATION OF
15  (INTERNATIONAL) LIMITED, and           ORIGIN (15 U.S.C. § 1125(a);
    DOES 1-100,                       (3)  UNFAIR COMPETITION (Cal.
16                                         Bus & Prof. Code § 17200)
                  Defendants.         (4)  STATE COMMON LAW
17                                         TRADEMARK INFRINGEMENT
18                                     [DEMAND FOR JURY TRIAL]

19

20      Plaintiff Murad, Inc. ("Murad"), a California corporation, hereby alleges:

21                       NATURE OF ACTION

22      1.    When you own a trademark, you own the exclusive right to control

23  the *quality* of the goods that are manufactured, offered for sale, and sold under

24  that mark.  That quality control is one of the most valuable and important legal

25  protections afforded to a trademark owner (and to the public) because it helps

26  to ensure the consistency, predictability, and in some cases *safety* of consumers'

27  experiences with the products bearing that trademark.  A trademark says:  this

28  is a genuine product *whose quality is being controlled* by the owner of the mark.

-1-

COMPLAINT

RUTTER
HOBBS ⊠
DAVIDOFF
INCORPORATED
L A W Y E R S

{7616.007-650394.DOC-(3)}

2.     Murad is a trademark owner.  Murad brings this action to enjoin violations of the United States Lanham Act and California state laws, arising out of the defendants' advertising, distribution, and sale of adulterated, defaced, and therefore not genuine, "MURAD"-branded beauty and skin care products.

3.     Murad, based in California, produces high-end beauty and skin care products.  Murad sells those products directly to the public, as well as through a limited number of authorized retailers, salons, and spas.  Murad's products are sold under a variety of trademarks, both federally registered and protected at common law, as well as under Murad's overall "umbrella" trademark "MURAD."

4.     In order to maintain quality control over its beauty and skin care products -- for instance, in the event that someday there might be a need to recall particular units and adequately alert distributors and customers about it -- Murad *tracks* products using identification numbers, holographic seals, and other markers which Murad applies to its products and/or to their packaging.

5.     The defendants herein have *never* been authorized to purchase Murad's products and resell them.  Murad will not supply them with product. Thus, the defendants surreptitiously induce authorized distributors of Murad to sell them units of Murad's products.  The problem for the defendants is that Murad can inspect units which the defendants have sold, and then, by using its tracking features, identify the distributors who sold the defendants those units. Murad's ability to track its products thus poses a threat to such "diverters," which is why units of Murad's products sold by the defendants *have had their tracking markers and other indicia removed or defaced*, to prevent such tracking. Under the Lanham Act and state law the sale of these products with the tracking markers removed or defaced violates Murad's rights as it interferes with its ability to maintain quality control over its products.  Consumers are harmed because they buy units that have been defaced and adulterated by the removal of their tracking information and are not subject to Murad's quality controls.

-2-

COMPLAINT

RUTTER
HOBBS ▨
DAVIDOFF
I N C O R P O R A T E D
L A W Y E R S

{7616.007-650394.DOC-(3)}

## PARTIES

6.     Murad, Inc. is, and at all times relevant hereto was, a California corporation with its principal place of business in El Segundo, California.

7.     Upon information and belief, Strawberry Limited is a corporation organized and existing under the laws of Hong Kong with its principal place of business at No. 4, A Kung Ngam Village Road, Shau Kei Wan, Hong Kong.

8.     Upon information and belief, Strawberry Cosmetics (USA) Limited is a corporation organized and existing under the laws of Hong Kong with its principal place of business at No. 4, A Kung Ngam Village Road, Shau Kei Wan, Hong Kong.

9.     Upon information and belief, Strawberry Cosmetics (International) Limited is a corporation organized and existing under the laws of Hong Kong with its principal place of business at No. 4, A Kung Ngam Village Road, Shau Kei Wan, Hong Kong.

10.     The true names and capacities of the defendants named herein as DOES 1 through 100 are currently unknown to Murad, which therefore sues such defendants by such fictitious names.  Murad will amend this Complaint, or file further pleadings, to substitute such true names and capacities for said fictitious names, when the same have been ascertained.  On information and belief, DOES 1-100, and each of them, is responsible in some manner for the acts complained of herein and is liable to Murad for same.

11.     In this Complaint, the word "Defendants" or "defendants" shall mean and include, collectively, DOES 1-100, Strawberry Limited, Strawberry Cosmetics (USA) Limited, and Strawberry Cosmetics (International) Limited; and "Defendant" or "defendant" in the singular shall mean one of them.

12.     Except as otherwise alleged by Murad, on information and belief, at all times relevant hereto each Defendant was the agent, servant, or employee, or alter ego, or co-conspirator, of each other Defendant, and at all times was

-3-

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

{7616.007-650394.DOC-(3)}

1    acting within the course and scope of such relationship.

2        13.    On information and belief, Strawberry Limited, Strawberry

3    Cosmetics (USA) Limited, and Strawberry Cosmetics (International) Limited

4    own, operate, or control the website located at the domain name

5    www.strawberrynet.com and advertise, offer to sell, sell, distribute, and ship

6    the products referenced on that website, including "MURAD"-branded products,

7    including, but not limited to, by selling and shipping such products to customers

8    located in the United States, including in California and in this judicial district.

9    A "Who Is" domain name search website at www.networksolutions.com/whois-

10   search/strawberrynet.com indicates that "Strawberry Ltd." is the registrant.

### JURISDICTION AND VENUE

12       14.    This Court has original federal question jurisdiction over the

13   Lanham Act claims pleaded in this action (15 U.S.C. § 1051 *et seq.*; 28 U.S.C. §

14   1331), for registered trademark infringement and false designation of origin

15   (15 U.S.C. § 1121; 28 U.S.C. §§ 1338(a) and (b)).

16       15.    This Court has supplemental jurisdiction over the state law claims

17   pleaded in this action (28 U.S.C. §§ 1338(a) and (b); 28 U.S.C. § 1367(a)).

18       16.    Venue is proper under 28 U.S.C. §§ 1391(b) in that the claims

19   herein, or a substantial part of the events that give rise to the claims herein,

20   arose in this judicial district.  Murad is located in this judicial district, and

21   Defendants sold and shipped products, including defaced and adulterated

22   "MURAD"-branded products, to purchasers located in this judicial district.

### MURAD'S PRODUCTS AND TRADEMARKS

24       17.    Murad was founded in 1989 by renowned dermatologist Howard

25   Murad, M.D., FAAD ("Dr. Murad"), who still acts as its chief executive officer.

26   Dr. Murad oversees and directs various Murad enterprises, including the Murad

27   Inclusive Health® Spa, Murad Medical Group, and Murad Research

28   Laboratories.  A board-certified dermatologist, pharmacist, and Associate

RUTTER
HOBBS ▣
DAVIDOFF
I N C O R P O R A T E D
L A W Y E R S
{7616.007-650394.DOC-(3)}

-4-

Clinical Professor of Medicine (Dermatology) at UCLA, Dr. Murad is widely acknowledged as one of the world's foremost authorities on skin health.  Dr. Murad travels the world speaking as a brand ambassador and as an educator.  Dr. Murad's pioneering efforts include the creation of cutting edge formulations for topical and Internal Skincare®, including discoveries that have converted ethno-botanical resources into important advances in health care and wellness.

18.   As part of its efforts to promote healthy skin and hair, Murad is engaged in the development, manufacture, distribution, sale, and marketing of many high-end beauty and skin care products including, by way of example and not limitation, treatments, cleansers, creams, gels, masks, serums, lotions, toners, moisturizers, resurfacing peels, home facial kits, diet aids, exfoliating creams, facial scrubs, non-medicated skin astringents, skin moisturizers, night creams, hand and body moisturizers, bath and shower gels, hair shampoo and hair conditioner, sun block preparations, anti-wrinkle cream, moisture cream, and under-eye cover.  "MURAD"-branded products are sold both nationally and internationally via Internet websites, select "brick and mortar" retail stores, and select spas and salons.  Murad also sells its products directly to consumers at www.murad.com.  Murad's products bear the "MURAD" brand and, in many cases, additional Murad-owned marks.  Many of Murad's formulas are patented.

19.   Murad has common law trademark rights in the mark "MURAD" which is an inherently distinctive mark which, in addition, also has achieved secondary meaning as a result of its extensive commercial use by Murad since at least as early 1989.  "MURAD" functions as an identifier of source and origin.

20.   In addition, Murad owns federal trademark registrations, including:

(a) M MURAD (Reg. No. 1830098), dated April 12, 1994, for "professional skin care products; namely, age spot and pigment lightening gels, exfoliating creams, moisturizing and acne prone skin formula lotions."  A copy of the electronic record of this registration obtained from the Trademark

-5-

COMPLAINT

RUTTER
HOBBS ☒
DAVIDOFF
INCORPORATED
L A W Y E R S

{7616.007-650394.DOC-(3)}

1  Electronic Search Systems (TESS) is attached hereto as Exhibit 1.

2      (b) MURAD (Reg. no. 2062211), dated May 13, 1997, for "vitamins,

3  minerals and nutritional and dietary supplementary." A copy of the electronic

4  record of this registration obtained from the Trademark Electronic Search

5  Systems (TESS) is attached hereto as Exhibit 2.

6      (c) M MURAD (Reg. no. 2254716), dated June 22, 1999, for "professional

7  skin care products, namely, age spot and pigment lightening gels, exfoliating

8  creams, moisturizing and acne prone skin formulas and sun screen." A copy of

9  the electronic record of this registration obtained from the Trademark

10  Electronic Search Systems (TESS) is attached hereto as Exhibit 3.

11      (d) A stylized "M" (Reg. No. 2481451), dated August 28, 2001, for "skin

12  and hair care products, namely, hair shampoo, hair conditions, skin cleanser,

13  facial scrub, skin astringent, skin moisturizer and night cream, skin moisturizing

14  lotion, bath oil and bubble bath, professional skin care products; namely, age

15  spot and pigment lightening gels, exfoliating creams, moisturizing and acne

16  prone skin formula lotions and sun screen." A copy of the electronic record of

17  this registration obtained from the Trademark Electronic Search Systems

18  (TESS) is attached hereto as Exhibit 4.

19      (e) "Resurgence" (Reg. No. 2722180), dated June 3, 2003, for "skin care

20  products, namely exfoliating creams, skin cleanser, facial scrub, skin astringent,

21  skin moisturizer and night cream; hand and body moisturizer, bath and shower

22  gel, tanning lotion, bath oil, anti-wrinkle cream, moisture cream and under eye

23  cover; cosmetics, namely, liquid foundations, face powder, rouge-blusher, under

24  eye cover, eye shadow, eye liner, mascara, lipstick, eye pencils and lip pencils,

25  lip gloss." A copy of the electronic record of this registration obtained from the

26  Trademark Electronic Search Systems (TESS) is attached hereto as Exhibit 5.

27      (g) "Age Reform" (Reg. No. 3307910), dated October 9, 2007, for "skin

28  care products, namely exfoliating creams, skin cleanser, facial scrub, non-

COMPLAINT

RUTTER
HOBBS ☒
DAVIDOFF
INCORPORATED
LAWYERS

medicated skin astringent for cosmetic purposes, skin moisturizer and night cream; hand and body moisturizer, bath and shower gelee, hair shampoo and hair conditioner, sun block preparations, bath oil, anti-wrinkle cream, moisture cream and under eye cover." A copy of the electronic record of this registration obtained from the Trademark Electronic Search Systems (TESS) is attached hereto as Exhibit 6.

21.    In addition, Murad is the exclusive licensee of another registered trademark: "Transforming Skincare" (Reg. No. 3636576), dated June 9, 2009, for "[n]on-medicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels." A copy of the electronic record of this registration obtained from the Trademark Electronic Search Systems (TESS) is attached hereto as Exhibit 7.

22.    In addition, Murad has applied for federal trademark registrations which are pending, including:

(a) MURAD M (Serial No. 77934311), filed on February 12, 2010, for "[r]etail store services featuring skin care products, vitamins and nutritional supplements." A copy of the electronic record of this registration obtained from the Trademark Electronic Search Systems (TESS) is attached hereto as Exhibit 8.

(b) MURAD M (Serial No. 77934314), filed on February 16, 2010, for "[n]on-medicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels" and "[d]ietary supplements for human consumption; [v]itamins." A copy of the electronic record of this registration obtained from the Trademark Electronic Search Systems (TESS) is attached hereto as Exhibit 9.

(c) "The Science of Cellular Water" (Serial No. 77576475), filed on September 23, 2008, for "[n]on-medicated skin care preparations; non-medicated skin care preparations, namely, creams, lotions, gels, exfoliants for

COMPLAINT

{7616.007-650394.DOC-(3)}

1  skin, toners, cleansers, clarifiers, masks, peels; non-medicated skin care

2  preparations, namely, vitamin powders comprised of alascorbic acid and tapioca

3  starch for purposes of skin renewal and anti-aging; anti-wrinkle creams; facial

4  scrubs; astringents for cosmetic purposes; skin moisturizers; night creams;

5  under-eye enhancers; under-eye concealers; bath and shower gels; bath salts;

6  bath oils; hair care preparations; hair conditioners; hair shampoos; sun block

7  preparations; non-medicated lip care preparations; and kits comprised of one or

8  more of the aforementioned items." A copy of the electronic record of this

9  registration obtained from the Trademark Electronic Search Systems (TESS) is

10 attached hereto as Exhibit 10.

11     23.    Some of Murad's top products include:

12     (a)    a 2.65 oz. "Clarifying Mask" that uses rare earth clays, Kaolin and

13 Bentonite, to purify and deep-clean acne-prone skin by drawing out and

14 absorbing impurities.

15     (b)    a 1.7 oz. "Perfecting Day Cream" that provides essential hydration

16 and broad spectrum sun protection to dry skin with an SPF of 30.

17     (c)    a 1.7 oz. "Skin Perfecting Lotion" that minimizes pores and refines

18 skin texture.

19     (d)    a 1.7 oz "Oil-Control Mattifier" that protects skin while providing all

20 day oil control.

21     (e)    a 1.7 oz. "Sheer Lustre Day Moisture SPF 15" that uses shea butter

22 to restore elasticity, smooth fine lines, and restore a healthy glow.

23     (f)    a 6 oz "Hydrating Toner" that balances, hydrates, and neutralizes

24 skin surface impurities.

25     24.    Additionally, Murad has a "Professional" line of products sold in

26 salons and spas. Among its top-selling Professional line products is its 1 oz.

27 Immuno-Skin Age Inhibitor®, a high potency, peptide-based formula that

28 activates the skin's fight against aging, helping improve firmness and elasticity.

COMPLAINT

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

{7616.007-650394.DOC-(3)}

25.   Murad's products are so effective and are so well received by consumers that they have met with tremendous commercial success in the U.S. and internationally.  Over the past three years, for example, domestic sales of Murad's products have exceeded $250 million and international sales of those products have exceeded $180 million.

26.   Murad invests considerable sums to advertising its products under its trademarks.  Over the past two years for example Murad has invested more than $25 million in such expenses.

27.   Murad's products also have been featured prominently in the media, including on television shows such as NBC's *Today*, on radio shows, in online media, in journals, and in magazines such as *Cosmopolitan, Vogue, Harper's Bazaar, Vanity Fair, People, Newsweek, In Style, Seventeen*, and *Ladies' Home Journal*.  The quality of Murad's products makes them favorites with critics and consumers alike.  For example, Murad's "Lighten and Brighten Eye Treatment" received *Allure* magazine's "Best of Beauty Award" for dark circles in October 2007.  In February 2010, *Examiner.com* tagged Murad's Perfecting Day Cream SPF 30 as the "winning look to obtain perfect and radiant skin."  Celebrities enjoy Murad's products as much as consumers do, such as *Sex and the City* actress Kim Cattrall who has called Murad's "Sensitive Skin Soothing Serum" one of her favorites.

**MURAD'S SYSTEM OF DISTRIBUTION AND QUALITY CONTROL**

28.   Murad supplies its products to a certain number of authorized retailers such as Sephora and drugstore.com who sell high end beauty and skin care products.  Murad also sells to select spas and salons.  Distributors and third parties who wish to sell Murad products enter into written contracts pursuant to which they are obligated to *only* sell those products in accordance with Murad's strict resale restrictions, meaning *only* to consumers and *never* to other retailers or distributors.  Any diversion or sale of any such products to non-authorized

RUTTER
HOBBS ⊞
DAVIDOFF
INCORPORATED
L A W Y E R S

{7616.007-650394.DOC-(3)}

COMPLAINT

customers or non-authorized channels is cause for contractual termination.

29.    Nevertheless, "diverters" such as Defendants exist, and the principal means which they use to divert Murad-branded products is to obtain units of those products from authorized distributors who, unfortunately, in some cases, are willing to or are induced to violate their contractual obligations to Murad by agreeing to sell units of Murad's products to diverters such as Defendants.

30.    To protect the integrity of its products, its trademarks, and its goodwill, and to maintain control over the quality of its products as the products move downstream to the end consumer, Murad implements certain quality control or tracking measures, including the equipping of Murad products and/or packaging with one or more tracking features.

31.    Tracking features serve several important purposes.  Ultimately, they aim to protect the consumer, since the use of such features can enable Murad to trace, identify, and recall defective products if such a need were to arise.  The ability to track a product downstream also enables a manufacturer such as Murad to ensure that its wholesale customers are following its quality control standards -- something which can be particularly important in the case of skin care products such as these.  The use of tracking features also enables Murad to identify counterfeit products that may be in the marketplace.  Such products likely do not contain Murad's genuine formulations, or otherwise do not comply with Murad's testing and product quality standards, and can pose a health risk if they contain inferior substitute ingredients.  The tracking features help prevent tampering, help prevent the unauthorized resale of products, help identify diverters and their sources, and as noted help in the event of a recall.

32.    One type of tracking feature used by Murad on products is a holographic seal.  The seal is placed on boxes containing such products or on the products themselves if they are not in boxes.  The seal consists of a circular label containing a holographic Murad logo and a unique serial number.  These

COMPLAINT

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

{7616.007-650394.DOC-(3)}

1  seals enable one to establish that a particular unit of product is genuine and
2  originates from Murad; they also enable one to track to whom that product has
3  been sold, through the stream of commerce.  To prevent tampering, and to
4  display to the consumer and to all concerned that there has been no tampering,
5  the seal is designed to come apart only on removal by the end consumer.  If a
6  recall were to be necessary, the code numbers would provide Murad with the
7  data it would need and enable Murad to trace and refer to that unit of product.

8       33.   Murad also uses other tracking features, including a batch code
9  number on products which identifies the manufacturing lot, and including a
10  special ink that is applied to the packaging of certain items.

11  **DEFENDANTS' WRONGFUL CONDUCT**

12       34.   On information and belief, Defendants own, control, or operate one
13  or more websites, including at www.strawberrynet.com, which offer Murad
14  products for sale and sell Murad products, including selling and shipping them
15  to customers located in the United States (including in California and in this
16  judicial district) without being authorized by Murad to do so.  On the website at
17  www.strawberrynet.com, for example, Defendants offer for sale and sell over
18  100 products that bear trademarks of Murad's, including the "MURAD" mark,
19  selling such Murad products as cleansers, creams, gels, masks, serums, lotions,
20  resurfacing peels, dietary products, treatments, lotions, skin toners, prepping
21  solutions, firming bronzers, firm and tone dietary supplements, skin and lip
22  therapies, and acne control products.  On information and belief, it is believed
23  that Defendants "source" and purchase their Murad products from U.S.
24  customers of Murad and sell those diverted products to consumers in the U.S.

25       35.   From Los Angeles County, within the last four years, California,
26  people have gone to the website at www.strawberrynet.com, have seen Murad
27  products being offered for sale on that site, and through the site have purchased
28  those items -- after which Defendants have shipped those people the items they

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

{7616.007-650394.DOC-(3)}

COMPLAINT

ordered, delivering them to addresses in Los Angeles County, California, with the items, once they arrived, being found, upon inspection by Murad, *to have had the tracking features defaced or removed.* (The foregoing people include people located in California who purchased those items for Murad to inspect.)

36.   For example, from Los Angeles County, within the last four years, California, such a person ordered a 2.65 oz Clarifying Mask, which is a Murad product, from the website at www.strawberrynet.com. (The Clarifying Mask comes in a plastic tube; the exterior packaging for the tube is a box coded with ink and sealed with a holographic label.) On receipt of the item in Los Angeles County, California, and upon inspection, it was found that the tracking features had been tampered with. Specifically, the ink on the box had been defaced and removed; the lot code had been removed and concealed on the box and the product tube itself. The return address on the package in which this product had been shipped was: "Strawberry Fields, G/F, No. 4, A Kung Ngam Village Road, Shau Kei Wan, Hong Kong."

37.   As another example, again from Los Angeles County, California, within the last four years, such a person placed an order for a 1.7 oz Perfecting Day Cream SPF 30, which is a Murad product, from the website at www.strawberrynet.com.   On receipt of the item in Los Angeles County, California, and upon inspection, it was found that the tracking features had been tampered with. Specifically, the holographic seal had been removed. The return address on the package in which this product had been shipped was: "Strawberry Cosmetics (USA) Ltd., G/F, No. 4, A Kung Ngam Village Road, Shau Kei Wan, Hong Kong."

38.   As another example, again from Los Angeles County, California, within the last four years, such a person placed an order for another Clarifying Mask, a Murad product, from www.strawberrynet.com. On receipt of the item in Los Angeles County, California, and upon inspection, it was found that the

COMPLAINT

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

{7616.007-650394.DOC-(3)}

tracking features had been tampered with.  Specifically, the holographic seal had been removed.  The return address on the package in which the products had been shipped was:  "Strawberry Cosmetics (USA) Ltd., G/F, No. 4, A Kung Ngam Village Road, Shau Kei Wan, Hong Kong."

39.   As another example, again from Los Angeles County, California, within the last four years, such a person placed an order for another Clarifying Mask and a 1 oz. Immuno-Skin Age Inhibitor®, both Murad products, from www.strawberrynet.com.  On receipt of the items in Los Angeles County, California, and upon inspection, it was found that the tracking features had been tampered with.  Specifically, the holographic seal had been removed from the Clarifying Mask box.  In addition, of concern, the age inhibitor was nearly three years old.  The return address on the package in which the products had been shipped was:  "Strawberry Cosmetics (USA) Ltd., G/F, No. 4, A Kung Ngam Village Road, Shau Kei Wan, Hong Kong."

40.   As another example, again from Los Angeles County, California, within the last four years, such a person placed an order for a 1.7 oz Skin Perfecting Lotion, a Murad product, from www.strawberrynet.com.  On receipt of the item in Los Angeles County, California, and upon inspection, it was found that the tracking features had been tampered with.  Specifically, the holographic seal had been removed.  The return address on the package in which the products had been shipped was:  "Strawberry Cosmetics (USA) Ltd., G/F, No. 4, A Kung Ngam Village Road, Shau Kei Wan, Hong Kong."

41.   As another example, again from Los Angeles County, California, within the last four years, such a person placed an order for an Oil Control Mattifier SPF 15, a 1.7 oz Sheer Lustre Day Moisture, and a 6 oz Hydrating Toner, all Murad products, from www.strawberrynet.com.  On receipt of the items in Los Angeles County, California, and upon inspection, it was found that the tracking features had been tampered with.  Specifically, the holographic

COMPLAINT

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

{7616.007-650394.DOC-(3)}

1   seals had been removed.  The return address on the package in which the

2   products had been shipped was:  "Strawberry Cosmetics (USA) Ltd., G/F, No. 4,

3   A Kung Ngam Village Road, Shau Kei Wan, Hong Kong."

4         42.    The foregoing defaced products each bore one or more of the Murad

5   trademarks referenced herein above in this Complaint -- each such mark being

6   borne by at least one of these defaced products that was sold and shipped into

7   California by Defendants.  Defendants have misused Murad's marks, including,

8   but not limited to, each of the marks cited herein above in this Complaint, and

9   have committed infringement and unfair competition.  Defendants have created

10  a likelihood of confusion as to source, origin, endorsement, or affiliation.

11  Defendants have used the Murad trademarks on their websites and on their

12  products and their packaging while offering products that are not authorized by

13  Murad for sale in this manner and that, as a result of this conduct, are not

14  legally genuine.  Consumers are being deceived and are making purchases from

15  Defendants thinking they are purchasing genuine products when they are not.

16                              **COUNT I**

17                    (Registered Trademark Infringement)

18                         (15 U.S.C. § 1114)

19                        (Against all Defendants)

20        43.    Plaintiff hereby incorporates by reference and realleges Paragraphs

21  1-42, above, as if fully set forth herein.

22        44.    Murad owns, or controls all rights to the federally registered

23  trademarks cited herein above (collectively, the "Registered Trademarks").

24        45.    Defendants' acts as alleged herein violate 15 U.S.C. §§ 1114, *et seq.*

25  and constitute trademark infringement of the Registered Trademarks, and each

26  of them.  "Murad" products offered for sale and sold by Defendants have been

27  defaced and adulterated in the manners alleged herein above, such that they

28  are not genuine, and such that Murad's legal rights under the Lanham Act have

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

COMPLAINT

{7616.007-650394.DOC-(3)}

been violated.  Defendants' acts as alleged herein have been in commerce or in connection with the sale, offering for sale, distribution, or advertising of goods.  Defendants' acts as alleged herein have created a likelihood of confusion as to source, origin, sponsorship, endorsement or affiliation.  On information and belief, those acts also have caused actual confusion, mistake, or deception.

46.    Defendants have directly violated, have conspired to violate, and/or have contributorily violated 15 U.S.C. § 1114.  On information and belief, Defendants have done this intentionally, for the express purpose of trading on the consumer recognition and goodwill which has been developed in connection therewith.  On information and belief, it was Defendants' objective to create confusion as to source, origin, sponsorship, endorsement or affiliation.

47.    As a direct and proximate consequence of Defendants' acts as alleged herein, Defendants, and each of them, have caused, are causing, and, unless such acts and practices are enjoined, will continue to cause irreparable harm to Murad for which there is no adequate remedy at law, and for which Murad is entitled to preliminary and permanent injunctive relief restraining Defendants, and each of them, and all of their agents, officers, employees, affiliates, licensees, assigns, representatives, and distributors, and all persons acting in concert with any of them, from engaging in any further such acts.

48.    As a direct and proximate consequence of Defendants' acts alleged herein, Murad has been, is being, and, unless such acts and practices are enjoined, will continue to be injured in its business and in its property rights, and has suffered, is suffering, and will continue to suffer significant monetary damages and damages, in an amount according to proof at trial.  Murad is entitled to recover actual damages, treble damages, and disgorgement of all profits and other wrongful gains of each Defendant.

49.    Murad also is entitled to an accounting and to recover prejudgment interest, attorneys' fees, costs, and any and all other relief the Court deems

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

COMPLAINT

{7616.007-650394.DOC-(3)}

appropriate.

## COUNT II

### (Federal False Designation of Origin)

### (15 U.S.C. § 1125(a))

### (Against all Defendants)

50.     Murad hereby incorporates by reference and realleges Paragraphs 1-49, above, as if fully set forth herein.

51.     Defendants' acts as alleged herein violate 15 U.S.C. §§ 1125(a), *et seq.* and constitute false designation of origin, infringement of Murad's common law or unregistered trademarks, misrepresentation, and unfair competition. "Murad" products offered for sale and sold by Defendants have been defaced and adulterated in the manners alleged herein above, such that they are not genuine and such that Murad's rights under the Lanham Act have been violated. Defendants' acts as alleged herein have been in commerce or in connection with the sale, offering for sale, distribution, or advertising of goods. Defendants' acts as alleged herein have created a likelihood of confusion as to source, origin, sponsorship, endorsement or affiliation. Defendants' acts as alleged herein also have misrepresented the nature, characteristics, or qualities of the Murad products offered for sale by Defendants. On information and belief, Defendants' acts as alleged herein have caused actual confusion, mistake, or deception.

52.     On information and belief, Defendants' acts as alleged herein, including, but not limited to, their acts of false designation of origin, misrepresentation, and unfair competition, were committed intentionally. On information and belief, it was Defendants' objective to create confusion as to source, origin, sponsorship, endorsement or affiliation, and to misrepresent the nature, characteristics, or qualities of the Murad products they offered for sale.

53.     Defendants have directly violated, have conspired to violate, and/or have contributorily violated 15 U.S.C. § 1125(a).

-16-

RUTTER
HOBBS ☒
DAVIDOFF
INCORPORATED
L A W Y E R S

{7616.007-650394.DOC-(3)}

54.    As a direct and proximate consequence of Defendants' acts as alleged herein, Defendants, and each of them, have caused, are causing, and, unless such acts and practices are enjoined, will continue to cause irreparable harm to Murad for which there is no adequate remedy at law, and for which Murad is entitled to preliminary and permanent injunctive relief restraining Defendants, and each of them, and all of their agents, officers, employees, affiliates, licensees, assigns, representatives, and distributors, and all persons acting in concert with any of them, from engaging in any further such acts.

55.    As a direct and proximate consequence of Defendants' acts alleged herein, Murad has been, is being, and, unless such acts and practices are enjoined, will continue to be injured in its business and in its property rights, and has suffered, is suffering, and will continue to suffer significant monetary damages and damages, in an amount according to proof at trial.  Murad is entitled to recover actual damages, treble damages, and disgorgement of all profits and other wrongful gains of each Defendant.

56.    Murad also is entitled to an accounting and to recover prejudgment interest, attorneys' fees, costs, and any and all other relief the Court deems appropriate.

### COUNT III

Unfair, Unlawful, or Fraudulent Trade Practices

(Cal. Bus. & Prof. Code §§ 17200, *et seq.*)

(Against All Defendants)

57.    Murad incorporates by reference and realleges paragraphs 1 through 56 above, as if fully set forth herein.

58.    By Defendants' acts as alleged herein, Defendants have engaged in unfair, unlawful, or fraudulent business acts or practices in violation of California Business & Professions Code Section 17200 *et seq.*  By way of example and not limitation, Defendants' sourcing, buying, receiving, possessing,

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

-17-

COMPLAINT

concealing, offering for sale, selling, shipping, distributing, and/or delivering of one or more Murad products on which Murad's identification marks and/or anti-diversion tracking markings had been removed, defaced, covered, altered, and/or destroyed, violate California Penal Code Section 537e and, as a result, by virtue of being unlawful, also violate California Business & Professions Code Section 17200 *et seq.*

59.    Murad has standing to pursue this claim under Section 17200 *et seq.* as it has been affected by, and suffered damages as a result of, Defendants' acts.

60.    Defendants have earned wrongful profits, or have derived wrongful gains and benefits, as a result of their acts in violation of Section 17200 *et seq.*

61.    As a direct and proximate consequence of Defendants' acts as alleged herein, Defendants, and each of them, have caused, are causing, and, unless such acts and practices are enjoined, will continue to cause irreparable harm to Murad for which there is no adequate remedy at law, and for which Murad is entitled to preliminary and permanent injunctive relief restraining Defendants, and each of them, and all of their agents, officers, employees, affiliates, licensees, assigns, representatives, and distributors, and all persons acting in concert with any of them, from engaging in any further such acts.

### COUNT IV

California Common Law Trademark Infringement/

Unfair Competition

(Against All Defendants)

62.    Murad hereby incorporates by reference and realleges Paragraphs 1-61, above, as if fully set forth herein.

63.    Defendants' acts as alleged herein constitute infringement of Murad's common law or unregistered trademarks, misrepresentation, and unfair competition under California common law.  "Murad" products offered for sale and sold by Defendants have been defaced and adulterated in the manners

-18-

RUTTER HOBBS & DAVIDOFF INCORPORATED LAWYERS

{7616.007-650394.DOC-(3)}

1    alleged herein above, such that they are not genuine and such that Murad's

2    rights under California common law have been violated.  Defendants' acts as

3    alleged herein have been in commerce or in connection with the sale, offering

4    for sale, distribution, or advertising of goods in such a way that affects

5    consumers in California.  Defendants' acts as alleged herein have created a

6    likelihood of confusion as to source, origin, sponsorship, endorsement or

7    affiliation.  Defendants' acts as alleged herein also have misrepresented the

8    nature, characteristics, or qualities of the Murad products offered for sale by

9    Defendants.  On information and belief, Defendants' acts as alleged herein have

10   caused actual confusion, mistake, or deception.

11          64.    On information and belief, Defendants' acts as alleged herein,

12   including, but not limited to, their acts of common law or unregistered

13   trademark infringement, misrepresentation, and unfair competition, were

14   committed intentionally.   On information and belief, it was Defendants'

15   objective to create confusion as to source, origin, sponsorship, endorsement or

16   affiliation, and to misrepresent the nature, characteristics, or qualities of the

17   Murad products they offered for sale.

18          65.    Defendants have directly violated, have conspired to violate, and/or

19   have contributorily violated California common law.

20          66.    As a direct and proximate consequence of Defendants' acts as

21   alleged herein, Defendants, and each of them, have caused, are causing, and,

22   unless such acts and practices are enjoined, will continue to cause irreparable

23   harm to Murad for which there is no adequate remedy at law, and for which

24   Murad is entitled to preliminary and permanent injunctive relief restraining

25   Defendants, and each of them, and all of their agents, officers, employees,

26   affiliates, licensees, assigns, representatives, and distributors, and all persons

27   acting in concert with any of them, from engaging in any further such acts.

28          67.    As a direct and proximate consequence of Defendants' acts alleged

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

{7616.007-650394.DOC-(3)}

COMPLAINT

herein, Murad has been, is being, and, unless such acts and practices are enjoined, will continue to be injured in its business and in its property rights, and has suffered, is suffering, and will continue to suffer significant monetary damages and damages, in an amount according to proof at trial. Murad is entitled to recover actual damages, treble damages, and disgorgement of all profits and other wrongful gains of each Defendant.

68. Murad also is entitled to an accounting and to recover prejudgment interest, attorneys' fees, costs, and any and all other relief the Court deems appropriate.

69. On information and belief, Defendants have engaged in the foregoing conduct willfully and wantonly with malice, oppression, or fraud and in conscious disregard of Murad's rights. As a result, Murad is entitled to an award of punitive or exemplary damages to punish Defendants and to deter others from such misconduct in the future.

WHEREFORE, Murad prays for judgment in its favor and against Defendants, and each of them, as follows:

1. For preliminary and permanent injunctive relief;

2. For compensatory damages, according to proof;

3. For disgorgement of profits and wrongful gains, according to proof;

4. For treble damages;

5. For punitive or exemplary damages;

6. For statutory attorneys' fees;

7. For an accounting;

8. For prejudgment interest;

9. For attorneys' fees and costs; and

/ / /

COMPLAINT

RUTTER
HOBBS ⊞
DAVIDOFF
INCORPORATED
LAWYERS

{7616.007-650394.DOC-(3)}

10.   For any and all other relief the Court deems appropriate.

DATED:  May 19, 2010

RUTTER HOBBS & DAVIDOFF
   INCORPORATED


By _____
   GREGORY J. SATER
   ATTORNEYS FOR PLAINTIFF
   MURAD, INC.

-21-

COMPLAINT

{7616.007-650394.DOC-(3)}

**JURY DEMAND**

Plaintiff Murad, Inc. hereby respectfully requests a trial by jury on any and all issues that are so triable.

DATED:  May 19, 2010

RUTTER HOBBS & DAVIDOFF
INCORPORATED

By _____
GREGORY J. SATER
ATTORNEYS FOR PLAINTIFF
MURAD, INC.

COMPLAINT

{7616.007-650394.DOC-(3)}

EXHIBIT 1



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 19 04:08:22 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:        OR   Jump   to record:        **Record 9 out of 9**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | M MURAD |
| **Goods and Services** | IC 003. US 051 052. G & S: professional skin care products; namely, age spot and pigment lightening gels, exfoliating creams, moisturizing and acne prone skin formula lotions. FIRST USE: 19911000. FIRST USE IN COMMERCE: 19911000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 74398226 |
| **Filing Date** | June 7, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 18, 1994 |
| **Registration Number** | 1830098 |
| **Registration Date** | April 12, 1994 |
| **Owner** | (REGISTRANT) MURAD SKIN RESEARCH LABORATORIES, INC. CORPORATION CALIFORNIA 2121 Rosecrans Avenue FIFTH FLOOR El Segundo CALIFORNIA 90245 |
| | (LAST LISTED OWNER) MURAD, INC. CORPORATION CALIFORNIA 2121 ROSECRANS AVENUE, FIFTH FLOOR EL SEGUNDO CALIFORNIA 90245 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | |

| Record | Michael A. Painter |
|---|---|
| Prior Registrations | 1690941 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040214. |
| Renewal | 1ST RENEWAL 20040214 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 19 04:08:22 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:         OR  Jump  to record:         **Record 5 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | MURAD |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: vitamins, minerals and nutritional and dietary supplementary. FIRST USE: 19960200. FIRST USE IN COMMERCE: 19960200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75000481 |
| **Filing Date** | October 2, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 4, 1996 |
| **Registration Number** | 2062211 |
| **Registration Date** | May 13, 1997 |
| **Owner** | (REGISTRANT) Murad Skin Research Laboratories, Inc. CORPORATION CALIFORNIA 2121 Rosecrans Avenue, 5th floor El Segundo CALIFORNIA 90245 |
| | (LAST LISTED OWNER) MURAD, INC. CORPORATION CALIFORNIA 2121 ROSECRANS AVENUE, FIFTH FLOOR EL SEGUNDO CALIFORNIA 90245 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | MICHAEL A PAINTER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070226. |
| **Renewal** | 1ST RENEWAL 20070226 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 3



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 19 04:08:22 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 5 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | M MURAD |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: professional skin care products, namely, age spot and pigment lightening gels, exfoliating creams, moisturizing and acne prone skin formulas and sun screen. FIRST USE: 19960204. FIRST USE IN COMMERCE: 19960204 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 75254068 |
| **Filing Date** | March 10, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 30, 1999 |
| **Registration Number** | 2254716 |
| **Registration Date** | June 22, 1999 |
| **Owner** | (REGISTRANT) MURAD, HOWARD INDIVIDUAL UNITED STATES 2121 ROSECRANS AVENUE FIFTH FLOOR EL SEGUNDO CALIFORNIA 90245 |
| | (LAST LISTED OWNER) MURAD, INC. CORPORATION CALIFORNIA 2121 ROSECRANS AVENUE, FIFTH FLOOR EL SEGUNDO CALIFORNIA 90245 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | |

| | |
|---|---|
| **Record** | MICHAEL A PAINTER |
| **Prior Registrations** | 1830098 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20090308. |
| **Renewal** | 1ST RENEWAL 20090308 |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST    NEXT LIST

FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 4



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 19 04:08:22 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: ____   OR   Jump   to record: ____   **Record 2 out of 2**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | M |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: skin and hair care products, namely, hair shampoo, hair conditioner, skin cleanser, facial scrub, skin astringent, skin moisturizer and night cream, skin moisturizing lotion, bath oil and bubble bath, professional skin care products; namely, age spot and pigment lightening gels, exfoliating creams, moisturizing and acne prone skin formula lotions and sun screen. FIRST USE: 19911000. FIRST USE IN COMMERCE: 19911000 |
| | IC 005. US 006 018 044 046 051 052. G & S: vitamins, mineral supplements nutritional and dietary food supplements. FIRST USE: 19960200. FIRST USE IN COMMERCE: 19960200 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 75773553 |
| **Filing Date** | August 12, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 5, 2001 |
| **Registration Number** | 2481451 |
| **Registration Date** | August 28, 2001 |
| **Owner** | (REGISTRANT) MURAD, HOWARD INDIVIDUAL UNITED STATES 2121 Rosecrans Avenue El Segundo CALIFORNIA 90245 |

Case 2:10-cv-03802-RGK-E Document 1 Filed 05/20/10 Page 34 of 56 Page ID #:34

(LAST LISTED OWNER) MURAD, INC. CORPORATION CALIFORNIA 2121 ROSECRANS AVENUE, FIFTH FLOOR EL SEGUNDO CALIFORNIA 90245

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | MICHAEL A PAINTER |
| **Prior Registrations** | 1830098;2254716 |
| **Description of Mark** | The mark consists of the stylized letter "M". |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 5



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 19 04:08:22 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | RESURGENCE |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: skin care products, namely exfoliating creams, skin cleanser, facial scrub, skin astringent, skin moisturizer and night cream; hand and body moisturizer, bath and shower gelee, tanning lotion, bath oil, anti-wrinkle cream, moisture cream and under eye cover; cosmetics, namely, liquid foundation, face powder, rouge-blusher, under eye cover, eye shadow, eye liner, mascara, lipstick, eye pencils and lip pencils, lip gloss. FIRST USE: 20021111. FIRST USE IN COMMERCE: 20021111 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76237197 |
| **Filing Date** | April 6, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 2, 2001 |
| **Registration Number** | 2722180 |
| **Registration Date** | June 3, 2003 |
| **Owner** | (REGISTRANT) MURAD, HOWARD INDIVIDUAL UNITED STATES 2121 Rosecrans Avenue El Segundo CALIFORNIA 90245 |
| | (LAST LISTED OWNER) MURAD, INC. CORPORATION CALIFORNIA 2121 ROSECRANS AVENUE, FIFTH FLOOR EL SEGUNDO CALIFORNIA 90245 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | MICHAEL A. PAINTER |
| **Prior Registrations** | 2101666 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)                                    Page 2 of 2

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 6



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 19 04:08:22 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:        OR  Jump  to record:        **Record 2 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# AGE REFORM

| | |
|---|---|
| **Word Mark** | AGE REFORM |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: skin care products, namely exfoliating creams, skin cleanser, facial scrub, non-medicated skin astringent for cosmetic purposes, skin moisturizer and night cream; hand and body moisturizer, bath and shower gelee, hair shampoo and hair conditioner, sun block preparations, bath oil, anti-wrinkle cream, moisture cream and under eye cover. FIRST USE: 20061231. FIRST USE IN COMMERCE: 20061231 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76664007 |
| **Filing Date** | August 2, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 13, 2007 |
| **Registration Number** | 3307910 |
| **Registration Date** | October 9, 2007 |
| **Owner** | (REGISTRANT) MURAD, HOWARD INDIVIDUAL UNITED STATES 2121 Rosecrans Avenue, Fifth Floor El Segundo CALIFORNIA 90245

(LAST LISTED OWNER) MURAD, INC. CORPORATION CALIFORNIA 2121 ROSECRANS AVENUE, FIFTH FLOOR EL SEGUNDO CALIFORNIA 90245 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | MICHAEL A. PAINTER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST
FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 7



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 19 04:08:22 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# TRANSFORMING SKINCARE

| | |
|---|---|
| **Word Mark** | TRANSFORMING SKINCARE |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Non-medicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels. FIRST USE: 20081000. FIRST USE IN COMMERCE: 20081000 |
| | IC 005. US 006 018 044 046 051 052. G & S: Vitamin and mineral supplements. FIRST USE: 20081000. FIRST USE IN COMMERCE: 20081000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77506180 |
| **Filing Date** | June 24, 2008 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 18, 2008 |
| **Registration Number** | 3636576 |
| **Registration Date** | June 9, 2009 |
| **Owner** | (REGISTRANT) MURAD, HOWARD INDIVIDUAL UNITED STATES 2121 Rosecrans Avenue, Fifth Floor El Segundo CALIFORNIA 90245 |
| **Attorney of Record** | Michael A. Painter, Esq. |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SKINCARE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Live/Dead Indicator** LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 8



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 19 04:08:22 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

Murad ™

| Word Mark | MURAD M |
|---|---|
| Goods and Services | IC 035. US 100 101 102. G & S: Retail store services featuring skin care products, vitamins and nutritional supplements. FIRST USE: 19951231. FIRST USE IN COMMERCE: 19951231 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 77934311 |
| Filing Date | February 12, 2010 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) MURAD, INC. CORPORATION CALIFORNIA 2121 Rosecrans Avenue, Fifth Floor El Segundo CALIFORNIA 90245 |
| Attorney of Record | Michael A. Painter, Esq. |
| Prior Registrations | 1830098;2062211;2254716 |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the word "MURAD" and stylized "M" Design. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Trademark Electronic Search System (TESS)                                    Page 2 of 2

EXHIBIT 9



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 19 04:08:22 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

Murad ™

| | |
|---|---|
| **Word Mark** | MURAD M |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Non-medicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels. FIRST USE: 20010800. FIRST USE IN COMMERCE: 20010800 |
| | IC 005. US 006 018 044 046 051 052. G & S: Dietary supplements for human consumption; Vitamins. FIRST USE: 20010800. FIRST USE IN COMMERCE: 20010800 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 77936314 |
| **Filing Date** | February 16, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) MURAD, INC. CORPORATION CALIFORNIA 2121 Rosecrans Avenue, Fifth Floor El Segundo CALIFORNIA 90245 |
| **Attorney of Record** | Michael A. Painter, Esq. |
| **Prior Registrations** | 1830098;2062211 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of "MURAD" and design of "M". |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 10



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 19 04:08:22 EDT 2010*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## THE SCIENCE OF CELLULAR WATER

| | |
|---|---|
| **Word Mark** | THE SCIENCE OF CELLULAR WATER |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Non-medicated skin care preparations; non-medicated skin care preparations, namely, creams, lotions, gels, exfoliants for skin, toners, cleansers, clarifiers, masks, peels; non-medicated skin care preparations, namely, vitamin powders comprised of alascorbic acid and tapioca starch for purposes of skin renewal and anti-aging; anti-wrinkle creams; facial scrubs; astringents for cosmetic purposes; skin moisturizers; night creams; under-eye enhancers; under-eye concealers; bath and shower gels; bath salts; bath oils; hair care preparations; hair conditioners; hair shampoos; sun block preparations; non-medicated lip care preparations; and kits comprised of one or more of the aforementioned items

IC 005. US 006 018 044 046 051 052. G & S: Dietary supplements; vitamin and mineral supplements; vitamins; and kits comprised of one or more of the aforementioned items |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77576475 |
| **Filing Date** | September 23, 2008 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 18, 2009 |
| **Owner** | (APPLICANT) Murad Skin Research Laboratories, Inc. CORPORATION CALIFORNIA 2121 Rosecrans Avenue, Fifth Floor El Segundo CALIFORNIA 90245 |
| **Attorney of Record** | Michael A. Painter, Esq. |

| | |
|---|---|
| **Prior Registrations** | 3366333 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **TOP** | **HELP**

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV10- 3802 RGK (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of  CALIFORNIA

CENTRAL

| | |
|---|---|
| Murad, Inc., a California corporation | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Strawberry Limited; Strawberry Cosmetics (USA) Limited; | ) |
| Strawberry Cosmetics (International) Limited, and Does 1-100 | ) |
| *Defendant* | ) |

CV10  3802  RGK  (Ex)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Strawberry Limited - No. 4, A Kung Ngam Village Road, Shau Kei Wan, Hong Kong

Strawberry Cosmetics (USA) Limited - No. 4, A Kung Ngam Village Road, Shau Kei Wan, Hong Kong

Strawberry Cosmetics (International) Limited - No. 4, A Kung Ngam Village Road, Shau Kei Wan, Hong Kong

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gregory J. Sater
Rutter Hobbs & Davidoff Incorporated
1901 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 20 2010
_____

**CHRISTOPHER POWERS**
_____
*Signature of Clerk or Deputy Clerk*

AO-440

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS   (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| MURAD, INC., a California corporation | STRAWBERRY LIMITED.; STRAWBERRY COSMETICS (USA) LIMITED; STRAWBERRY COSMETICS (INTERNATIONAL) LIMITED, and DOES 1-100 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Gregory J. Sater<br>RUTTER HOBBS & DAVIDOFF INCORPORATED<br>1901 Avenue of the Stars<br>17th Floor<br>Los Angeles, CA 90067<br>Telephone: 310.286.1700 | |

**II.   BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.   CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.   ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V.   REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No        ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI.   CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)

15 USC § 1051 et seq.  Action for trademark infringement, false designation of origin and unfair competition.

**VII.   NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV10  3802

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No   [ ] Yes

If yes, list case number(s):

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No   [ ] Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ]   A. Arise from the same or closely related transactions, happenings, or events; or

[ ]   B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | HONG KONG |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):**   GREGORY J. SATER        Date May 19, 2010

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |