```
Gregory J. Sater (SBN 157486)
RUTTER HOBBS & DAVIDOFF INCORPORATED
1901 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
Tel. No. (310) 286-1700; Fax No. (310) 286-1728
E-Mail: gsater@rutterhobbs.com
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MURAD, INC.<br><br>                                Plaintiff(s),<br>v.<br>STRAWBERRY LIMITED; STRAWBERRY COSMETICS (USA) LIMITED; STRAWBERRY COSMETICS (INTERNATIONAL) LIMITED, and DOES 1-100<br>                                Defendant(s). | CASE NUMBER CV10- 3802 RGK (Ex)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
|---|---|

PLEASE TAKE NOTICE: (*Check one*)

[X] This action is dismissed by the Plaintiff(s) in its entirety. Dismissal is without prejudice.

[ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) [ ] Complaint, [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

RUTTER HOBBS & DAVIDOFF INCORPORATED

September 8, 2010             By: /s/ [signature]
Date                                Signature of Attorney/Party
                                    Gregory J. Sater
                                    Attorneys for Plaintiff Murad, Inc.

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*